UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

HAMMOND DIVISION

United States of America
Plaintiff

v.                                                            Case No.  2:15mj196

Steven Ruschak
Defendant

## RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

### (Designate by Number or Letter)

Pltf. Exhibit:   1-4 from Probable Cause/Detention        Deft. Exhibit:
Hearing held on October 16, 2015
before Magistrate Judge Martin

Dated: October 27, 2015                          Abizer Zanzi, US Attorney
                                                 _____
                                                            Name

                                                 5400 Federal Plaza
                                                 _____
                                                        Street Address

                                                 Hammond              IN      46320
                                                 _____  _____  _____
                                                    City              State  Zip Code

                                                 219-937-5500
                                                 _____
                                                     Telephone No.